UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

     - against -

ANGEL LOPEZ,

                 Defendant.

**ORDER**

(S1) 4 Cr. 283 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a violation of supervised release

hearing on **January 2, 2020 at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      December 23, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge