UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- against -

ANGEL LOPEZ,

                Defendant.

**ORDER**

(S1) 4 Cr. 283 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the violation of supervised release hearing scheduled for January 2, 2020 at 11:15 a.m. is adjourned to **January 9, 2020 at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      December __, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge