UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

ANGEL LOPEZ,

           Defendant.

**ORDER**

4 Cr. 283 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the violation of supervised release hearing in this action previously scheduled for May 21, 2020 is adjourned to **June 24, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        May 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge