UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- against -

ANGEL LOPEZ,

              Defendant.

**ORDER**

(S1) 4 Cr. 283 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the violation of supervised release hearing scheduled for December 15, 2020 is adjourned to **January 19, 2021 at 12:00 p.m.**

Dated: New York, New York
       December 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge