UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

     - against -

ANGEL LOPEZ,

            Defendant.

**ORDER**

(S1) 4 Cr. 283 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the violation of supervised release hearing scheduled for January 19, 2021 is adjourned to **April 6, 2021 at 12:00 p.m.**

Dated: New York, New York
     January 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge