UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- against -

ANGEL LOPEZ,

Defendant.

**ORDER**

(S1) 4 Cr. 283 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Benjamin Zeman is appointed as counsel for Defendant Angel Lopez pursuant to the Criminal Justice Act.

Dated: New York, New York
       March 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge