UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

    - against -

ANGEL LOPEZ,

               Defendant.

**ORDER**

(S1) 4 Cr. 283 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Angel Lopez's violation of supervised release hearing scheduled for May 12, 2021 is adjourned to **July 9, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 6, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge