# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN                                          P  (718) 514 - 9100
20 VESEY STREET, SUITE 400                              F  (917) 210 - 3700
NEW YORK, NY 10007                          ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

July 13, 2021

**By ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: *United States v. Angel Lopez,* 04 Cr. 283 (PGG)

Dear Judge Gardephe,

I write to most respectfully request an adjournment of the Violation of Supervised Release (VOSR) hearing, which is presently scheduled for July 16, 2021 at 12:00 pm. This request is submitted with the consent of the Government.

Following the July 9, 2021 telephone conference that we had with the Government and Your Honor's chambers I had the opportunity to speak with Mr. Lopez this morning. He indicated that he would prefer that this proceeding be held remotely. We are prepared to proceed remotely whenever is most convenient for the Court.

Thank you in advance for your careful consideration.

MEMO ENDORSED                                    Kindest Regards,

The VOSR hearing, currently scheduled for July 16,
2021, is adjourned to July 27, 2021 at 12:00 p.m.
With Defendant's consent, the hearing will take place
by telephone.

SO ORDERED.

_____                  _____
Paul G. Gardephe                                 Benjamin Zeman
United States District Judge                     *Counsel for Angel Lopez*

July 14, 2021